

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RED BRICK PIZZA, INC.; and RED BRICK PIZZA WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RBP SIMI, INC. dba RED BRICK PIZZA; PRAKASH B. RUPARELIA, an individual; NITA P. RUPARELIA, an individual; PRAMESH B. RUPARELIA, an individual; FALU K. RUPARELIA, an individual; PATRICK OROZCO dba RED STONE PIZZA; CHRISTINA OROZCO dba RED STONE PIZZA; and DOES 1-10, <br><br> Defendants. | Case No. CV 09-01303 CBM (RZx) <br><br> **PRELIMINARY INJUNCTION** <br><br> Hon. Consuelo B. Marshall |

The matter before the Court is Plaintiffs Red Brick Pizza, Inc. and Red Brick Pizza Worldwide, Inc. (collectively, "Plaintiffs") Motion for Preliminary Injunction. [Doc. No. 5.] Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs' motion, the evidence submitted and the arguments made, and good cause appearing, IT IS HEREBY ORDERED THAT:

   1.   Defendants and their officers, agents, servants, employees and

attorneys, and all other persons acting in concert with or participation with Defendants, who receive actual notice of this Order, are enjoined from:

    (a)    Using RED STONE PIZZA as a trademark, service mark or trade name on or in connection with restaurant services;

    (b)    Using any mark similar to the following federally registered trademarks, pending trademark applications and a least one common law trademark (collectively the "RED BRICK Marks") owned by Plaintiffs as a trademark, service marks or trade name on or in connection with restaurant services:

    1.    U.S. Trademark Registration Number 2,679,301 for the RED BRICK PIZZA word mark, for use in connection with restaurant services in International Class 42;

    2.    U.S. Trademark Registration Number 2,999,542 for the REDBRICKPIZZA word and design mark, for use in connection with restaurant services in International Class 43 where the design portion of the mark includes features such as the words "red," "brick" and "pizza" in a particular font, with the "R," "B," "k", "P", and "z" extending downward below the rest of the letters (the "Stylized Lettering") and an oven depicted by a semi-circle outlined in bricks (the "Rounded Brick Oven");

    3.    U.S. Trademark Registration Number 3,003,199 for the REDBRICKPIZZA word and design mark, for use in connection with restaurant services in International Class 43 where the design portion of the mark includes the Stylized Lettering and the Rounded Brick Oven;

    4.    U.S. Trademark Application Serial Number 77/563,879 for the REDBRICK word mark, for use in connection with

restaurant services in International Class 43;

5. U.S. Trademark Application Serial Number 77/563,880 for the REDBRICK CAFE word mark, for use in connection with restaurant services in International Class 43; and

6. Common law trademark with the Stylized Lettering and the Rounded Brick Oven with the addition of flames depicted inside the oven as depicted below.



(c) Using the Rounded Brick Oven Design or Stylized Lettering of the RED BRICK Marks, or any similar design or lettering, on or in connection with restaurant services;

(d) Using any design in connection with a trademark, service mark or trade name which includes an oven depicted by stones or bricks, on or in connection with restaurant services;

(e) Using any of the elements of Red Brick's trade dress on or in connection with restaurant services, including:

- a pizza roasting oven which is intentionally over-sized, free-standing and adorned with ornamental red tiles, prominently displayed in the kitchen and visible to customers with a rounded opening to allow customers to see the oven's flames and watch their food be fire-roasted;

- a curved counter system separating the customer area from the food preparation area, with integrated food preparation stations that allow customers to view the preparation of their food items, and a tile strip below the

- 3 -

counter top on the customer's side of the counter system with mostly red and a few orange and yellow tiles; a custom overhead black soffit above and conforming to the curved counter system;

- an acrylic "sneeze guard" above the counter separating the customer area from the food preparation area that is custom molded with jagged, flame-like shapes along the top representing flames;
- a tile strip around the approximate horizontal center of the walls in the customer seating area which is mostly red and some orange and yellow tiles to represent the colors of fire, the tiles in the strip specifically designed using geometric, jagged-like tile pieces and patterns;
- a laminate on the dining tables with a circular pattern reflecting the shape of most pizzas;
- a food packaging design which includes the RED BRICK PIZZA logo and a flame design which appears to rise from the bottom of the packaging;
- paper menus which have the RED BRICK PIZZA logo and depict flames in the background;
- pizza pans hung on the wall featuring the RED BRICK PIZZA logo and a flame design;
- a black menu board with the same color, font, and style that hangs in the customer ordering area;
- the color, pattern and graphic design of the flooring;
- the color and style of the pendent lights;
- the color, design and pattern of the wallpaper; and
- televisions at each table.

  (f) Marketing, advertising, or selling any goods or services that result from the use of Red Brick's Confidential Information. Red Brick's Confidential Information includes: food ingredients; food portions; ingredient specifications; recipes; training, operating and policy manuals; sales promotion aids; business forms; accounting procedures; marketing reports; informational bulletins; inventory systems; operational procedures and flow; vendor sources; proprietary designs and layouts; marketing formats; job helpers, food specification and portion controls charts; portion control cups and ladles; food pan configuration and layouts; streamlined ergonomic flow patterns to simplify and expedite preparation while reducing labor; architectural and equipment specifications; innovative bake process for fire roasting a pizza in 3 minutes; customer service and interaction guidelines; and consolidated space planning which utilizes the counter system, oven and equipment layout in minimum square feet space requirements in order to maximize a seating capacity and layout at Red Brick locations;

  (g) Misappropriating, using, publishing, transferring, selling or otherwise disclosing, through any means, in any medium, Red Brick's Confidential Information to any persons or entities; and

  (h) Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities recited in paragraph 1, subparagraphs (a) - (g) above.

  2. Defendants shall return any and all of Red Brick's Confidential Information, which is in their possession, to Plaintiffs' counsel of record within 7 days from the date of this Order. Defendants' officers, agents, servants, employees and attorneys, and all other persons acting in concert with or participation with Defendants and who receive actual notice of this Order, shall

1 | return any of Red Brick's Confidential Information, which is in their possession,
2 | to Plaintiffs' counsel of record within 7 days from the date of this Order.

4 | IT IS SO ORDERED.

6 | June 23, 2009               _____
7 |                             Consuelo B. Marshall
                                United States District Judge