JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RED BRICK PIZZA, INC.; and RED BRICK PIZZA WORLDWIDE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RBP SIMI, INC. dba RED BRICK PIZZA; PRAKASH B. RUPARELIA, an individual; NITA P. RUPARELIA, an individual; PRAMESH B. RUPARELIA, an individual; FALU K. RUPARELIA, an individual; PATRICK OROZCO dba RED STONE PIZZA; CHRISTINA OROZCO dba RED STONE PIZZA; and DOES 1-10, <br><br> Defendants. | Case No. CV 09-01303 CBM (RZx) <br><br> **JUDGMENT** <br><br> Hon. Consuelo B. Marshall |

In accordance with Federal Rule of Civil Procedure 58, and consistent with the parties' "Stipulated Entry of Final Judgment and Permanent Injunction," IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs Red Brick Pizza, Inc. and Red Brick Pizza Worldwide, Inc. and against Defendants RBP Simi, Inc. dba Red Brick Pizza, Prakash B. Ruparelia, Nita P. Ruparelia, Pramesh B. Ruparelia, Falu K. Ruparelia, Patrick Orozco dba Red

Stone Pizza, and Christina Orozco dba Red Stone Pizza.

    IT IS SO ORDERED.

Dated: October 19, 2009

*[signature]*

Consuelo B. Marshall
United States District Judge